# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>JUSTICE, WILLIAM W | **2. Court or Organization**<br><br>U.S. DISTRICT COURT | **3. Date of Report**<br><br>06/04/2008 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-SENIOR STATUS | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2007<br>to<br>12/31/2007 |
| **7. Chambers or Office Address**<br><br>903 SAN JACINTO BLVD.<br>CHAMBERS 316<br>AUSTIN, TX 78701 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2008 JUN -6 P 4:00
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF ALABAMA | 2-8-07 | NEW YORK, NEW YORK | MORRIS DEES JUSTICE AWARD | TRAVEL, MEALS & TAXI |
| 2. | UNIVERSITY OF ALABAMA | 12-21-07 | NEW YORK, NEW YORK | MORRIS DEES JUSTICE AWARD | TRAVEL, MEALS & TAXI |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 06/04/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 06/04/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▉▉▉▉ VAN ZANDT CTY, TX | A | Rent | M | W | | | | | |
| 2. ▉▉▉▉ CASTLEBERRY SURVEY, RUSK COUNTY, TX SUNOCO | A | Royalty | J | W | | | | | |
| 3. .05 WORKING INTEREST, KNIGHTS LSE , GREGG CTY, TX DANMARK | D | Royalty | K | W | | | | | |
| 4. .000172 ROYALTY INTEREST-HENDERSON CTY,TX XTO & OGM | A | Royalty | J | W | | | | | |
| 5. OPELIKA GAS POOL 22 CROSS TIMBERS HENDERSON CO TX XTO & OGM | D | Royalty | K | W | | | | | |
| 6. A. ANGLIN SURVEY, HENDERSON COUNTY, TX KINDER MORGAN | B | Royalty | J | W | | | | | |
| 7. E. F. EDWARDS GAS UNIT - VAN ZANDT CO, TX BRECK OPERATING | A | Royalty | J | W | | | | | |
| 8. GUARANTY BANK, ACCT 4 | A | Interest | J | T | | | | | |
| 9. | | | | | | | | | PART VIII |
| 10. GUARANTY BANK, ACCT 7 | B | Interest | L | T | | | | | |
| 11. GUARANTY BANK, ACCT 9 | C | Interest | L | T | | | | | |
| 12. SMITH BARNEY MONEY MARKET ACCT. | A | Interest | J | T | | | | | |
| 13. SMITH BARNEY WYLIE ISD BOND | B | Interest | K | T | | | | | |
| 14. SMITH BARNEY PLANO TX ISD BOND | A | Interest | K | T | | | | | |
| 15. SMITH BARNEY DALLAS TX ISD BOND | A | Interest | | | REDEMPTION | 2/15 | K | | |
| 16. FROST BROKERAGE SERVICES #2 - MONEY MARKET | A | Dividend | J | T | | | | | |
| 17. FROST BROKERAGE SERVICES #2 - UNITED STATES TREASURY NOTE | E | Interest | O | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 06/04/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | PART VIII |
| 19. WELLS FARGO BANK, ACCT 1 | B | Interest | K | T | | | | | |
| 20. FROST BROKERAGE SERVICE #1 MONEY FUNDS - PRIME FUND | B | Dividend | M | T | | | | | |
| 21. | | | | | | | | | PART VIII |
| 22. FROST BROKERAGE SERVICES #1 - ALPHA BK & TR ALPARETTA CD | D | Interest | | | REDEMPTION | 9/21 | M | | |
| 23. FROST NATIONAL BANK ACCT 2 CHECKING MM | A | Interest | L | T | | | | | |
| 24. ▮▮▮▮ TRUST, ▮▮▮▮ TRUSTEE, FROST NATIONAL BANK | A | Interest | J | T | | | | | |
| 25. J.P. MORGAN CHASE BANK | A | Interest | K | T | | | | | |
| 26. JW BASS GAS UNIT VAN ZANDT CO TX 0.009430800 ROYALTY INT | A | Royalty | J | W | | | | | |
| 27. TREASURY DIRECT TWO YEAR TREASURY NOTE | E | Interest | N | T | | | | | |
| 28. TREASURY DIRECT TWO YEAR TREASURY NOTE | D | Interest | M | T | | | | | |
| 29. TREASURY DIRECT THREE YEAR TREASURY NOTE | D | Interest | M | T | | | | | |
| 30. TREASURY DIRECT FIVE YEAR TREASURY NOTE | C | Interest | L | T | | | | | |
| 31. TREASURY DIRECT THREE YEAR TREASURY NOTE | E | Interest | N | T | | | | | |
| 32. TREASURY DIRECT TWO YEAR TREASURY NOTE | B | Interest | L | T | BUY | 4/07 | L | | |
| 33. TREASURY DIRECT TWO YEAR TREASURY NOTE | A | Interest | L | T | BUY | 7/31 | L | | |
| 34. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII, PAGE 4 OF 7, ITEM 9 BLANK BECAUSE IT WAS SHOWN AS LIQUIDATED ON THE 2006 REPORT.

PART VII, PAGE 5 OF 7, ITEM 18 BLANK BECAUSE IT WAS SHOWN AS LIQUIDATED ON THE 2006 REPORT.

PART VII, PAGE 5 OF 7, LINE 21 BLANK BECAUSE IT WAS SHOWN AS LIQUIDATED ON THE 2006 REPORT.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544